**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **COPIA COMMUNICATIONS, LLC,**<br><br>v.<br><br>**AMRESORTS, L.P., et al.** | **CIVIL ACTION**<br><br>**NO. 16-5575** |

## **ORDER**

Based on the foregoing Memorandum, it is hereby **ORDERED:**

1. Plaintiff's motion for default judgment (ECF 18) is DENIED;

2. Seawind's motion to lift the default is GRANTED;

3. Seawind's motion to dismiss pursuant to F.R.C.P. 12(b)(5) (ECF 23) is DENIED as moot;

4. Plaintiff will be granted thirty (30) days to serve Seawind;

5. The Court will allow all parties thirty (30) days to supplement the record on this case on the nature of the proceedings in Jamaica and the likelihood of a prompt and fair adjudication in Jamaica.

**BY THE COURT:**

6/20/2017  /s/ Michael M. Baylson
**MICHAEL M. BAYLSON
United States District Court Judge**

O:\Jessica.2016\16-cv-5575, Copia v. AMResorts & Seawind\Order on Memo re Motion to Lift Default.docx