# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| COPIA COMMUNICATIONS, LLC, <br><br> v. <br><br> AMRESORTS, L.P., et al. | CIVIL ACTION <br><br> NO. 16-5575 |
|---|---|

## ORDER

And NOW, this 8th day of September 2017, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that Defendant AM Resorts, L.P.'s Motion to Dismiss under the common law doctrine of *forum non conveniens*, on the basis of international comity, or for failure to state a claim on which relief can be granted, pursuant to F.R.C.P. 12(b)(6) (ECF 13) is GRANTED. It is further ORDERED that Defendant Seawind Key Investments, Ltd.'s Motion to Dismiss for lack of personal jurisdiction, pursuant to F.R.C.P. 12(b)(2), insufficient process, pursuant to F.R.C.P. 12(b)(4), and insufficient service of process, pursuant to F.R.C.P. 12(b)(5) (ECF 53) is GRANTED. Plaintiff's cross-motion for an evidentiary hearing (ECF 26) is DENIED as moot.

The Clerk of Court shall close this case.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**Michael M. Baylson, U.S.D.J.**

O:\Jessica.2016\16-cv-5575, Copia v. AMResorts & Seawind\Order Re Defendants' Motions to Dismiss.docx